DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GINA AMENGUAL,**
Appellant,

v.

**FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES
CIRCUIT: 19 ST. LUCIE UNIT: 88085,**
Appellee.

No. 4D2023-0719

[May 2, 2024]

Appeal from the State of Florida Department of Children and Families, Office of Appeal Hearings; Latasha Danforth, Hearing Officer; L.T. Case No. 22F-10699.

Gina Amengual, Fort Pierce, pro se.

Brian Meola of Department of Children and Families, Fort Pierce, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and GERBER, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***